ANN RUTH BAEHR                                         NO. 22-C-366

VERSUS                                                 FIFTH CIRCUIT

STACI LYN MANGERCHINE AND RAYLAN                       COURT OF APPEAL
KAINE MELANCON
                                                       STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
Chief Deputy, Clerk of Court

August 19, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** ANN RUTH BAEHR

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE COMMISSIONER PATRICIA M. JOYCE, NUMBER 811-196

Panel composed of Judges Marc E. Johnson,
John J. Molaison, Jr., and June B. Darensburg

**WRIT GRANTED**

After consideration of the juvenile court's August 18, 2022 reply to this Court's Order of August 17, 2022, concerning its continuing jurisdiction under La. Ch.C. art. 309, it is our determination that Jefferson Parish Juvenile Court is the proper venue for the proceedings regarding custody at this time. A judgment rendered by a court which has no jurisdiction over the subject matter of the action or proceeding is void. La. C.C.P. art. 3. Accordingly, all district court judgments at issue pertaining to custody in case 811-196, pending in Division "O", are hereby vacated, and the juvenile court's previous transfer of custody order dated December 14, 2020, is reinstated pending further proceedings. Because we have vacated the district court's rulings, our stay of the judgments is no longer in effect.

Gretna, Louisiana, this 19th day of August, 2022.

**JJM**
**MEJ**
**JBD**

22-C-366

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

.
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/19/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-366**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Patricia M. Joyce (DISTRICT JUDGE)
Laura J. Todaro (Relator)
Nicole R. Dillon (Respondent)

### MAILED

Johnnie Lee Theall  (Respondent)
In Proper Person
500 North Jackson Street
Kaplan, LA 70548

Stacy Mangerchine  (Respondent)
In Proper Person
5272 Eudora Drive
Addis, LA 70710

April F. Jackson (Respondent)
Attorney at Law
Post Office Box 3001
Baton Rouge, LA 70821

8/19/22

SECURITY

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

April F. Jackson
Attorney at Law
Post Office Box 3001
Baton Rouge, LA 70821
22-C-366                    08-19-22

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2434 6249 3625 60

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 5789

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                        ☐ Agent
                                         ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery
Brook Crain                              8/23/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt